PROB 12D
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Request for Summons and
## Modification of the Conditions or Term of Supervision

---

**Name of Offender:** Anthony Edward Sullivan  **Case Number:** 3:04-cr-00523

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** July 25, 2005

**Original Offense:** 21 U.S.C. §§ 841 – Possession of Crack Cocaine with Intent to Deliver

21 U.S.C. §§ 841 – Carrying a Firearm During and in Relation to a Drug Trafficking Crime

21 U.S.C. §§ 841 – Felon in Possession of a Firearm

**Original Sentence:** 200 months imprisonment; 72 months supervised release

**Date Original Supervision Commenced:** December 4, 2017

**Date Current Supervision Commenced:** November 30, 2020

**Prior Modification(s)/Revocation(s):** February 26, 2018 – 24-hour Intermittent Jail Sentence
June 29, 2018 – Supervised release revoked; 8 months imprisonment; 72 months supervised release
May 3, 2019 - 120 days residential reentry center placement
January 13, 2020 – 48-hour Intermittent Jail Sentence
August 14, 2020 – Supervised release revoked; 4 months imprisonment; 42 months supervised release
May 27, 2021 – 120 days residential reentry center placement

---

## PETITIONING THE COURT

The probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

***You must perform 40 hours of unpaid community service at a non-profit agency as directed and monitored by the U.S. Probation Officer.***

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
| --- | --- |
| 1. Failure to Abide by Residential Reentry Center (RRC) Program Rules – Failure to Secure/Maintain Employment | On July 16, 2021, the offender received a reprimand from his employer for being late to work, which stated if the offender was late again, he will be terminated immediately. This reprimand is in violation of RRC employment rules. |

Case 3:04-cr-00523-JAJ-SBJ   Document 227   Filed 08/02/21   Page 2 of 3

U.S. v. Anthony Edward Sullivan (3:04-cr-00523)   Request for Summons & Modification of the Conditions or Term of Supervision

| | |
|---|---|
| 2. Failure to Abide by RRC Rules – Failure to Secure/Maintain Employment | On July 22, 2021 at 3:00pm, the offender was terminated from his employment for excessive smoke breaks, failing to complete job duties, and specifically for being 1 hour and 25 minutes late for his scheduled morning shift. |
| 3. Failure to Abide by RRC Rules – Out of Place of Assignment | After the offender was terminated from his employer on July 22, 2021, he returned to the RRC and left again without permission, stating he was reporting for work. His whereabouts where unknown for 4 hours and 31 minutes. |
| 4. Failure to Abide by RRC Rules – Violation of a Condition of Leave or Furlough | After the offender was terminated from his employment on July 22, 2021, he walked into the RRC and walked back out refusing a breathalyzer test. |
| 5. Failure to Abide by RRC Rules – False Statements | On July 22, 2021, the offender left the RRC stating he was leaving for work at 3:35pm, at which point he had already been terminated. |
| 6. Failure to Abide by RRC Rules – Unauthorized Possession/Exchange | On July 28, 2021, RRC staff were conducting random bathroom checks. During a bathroom check, staff smelled smoke upon entering. The offender was the sole occupant, and it was discovered the offender was in possession of a cigarette and lighter. |
| 7. Failure to Abide by RRC Rules – False Statements | During the bathroom checks on July 28, 2021, RRC staff asked the offender if he was smoking in the bathroom in the above incident, and the offender reported he was not. |
| 8. Use of a Controlled Substance – Marijuana | On July 19, 2021, the offender initially tested positive for marijuana on a drug test. On July 19, 2021, the sample was confirmed positive for marijuana. |

Case 3:04-cr-00523-JAJ-SBJ   Document 227   Filed 08/02/21   Page 3 of 3

U.S. v. Anthony Edward Sullivan (3:04-cr-00523)   Request for Summons & Modification of the Conditions or Term of Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2021

by: *Jacob J.E. Baska* (signature)
Jacob J.E. Baska
U.S. Probation Officer

---

The United States Attorney's Office:

☐ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

Andrea L. Glasgow
Assistant United States Attorney

☒ Objects and will petition the Court requesting that a formal hearing be set.

*Andrea L. Glasgow* (signature)
Signature

**USPO is already requesting a hearing. USAO is seeking additional modification to include GPS location monitoring.**

---

THE COURT ORDERS:

☐ No action.

_____
Signature of Judicial Officer

☐ The issuance of a summons so a hearing can be

held on _____   _____
                                            Date
at _____.

☐ Other: _____